200 So. 575

### THOMAS v. STATE.

4 Div. 636.

Court of Appeals of Alabama.

Feb. 18, 1941.

Fleming & Paul, of Elba, for appellant.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

This appeal proceeded from a judgment of conviction below of arson in the second

degree. The record proper is in all respects regular, and it appears that the few exceptions reserved upon trial were without merit. The oral charge of the court was ample, clear and correct. The evidence abundantly supported the verdict of guilty. Nothing else need be said. The judgment must be affirmed.

Affirmed.